SO ORDERED: June 20, 2017.



James M. Carr
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: )
)
HOLMES, MARTINA AILEEN ) CASE NO.:16-07639-JMC -7A
)
)
Debtor )

### ORDER ON TRUSTEE'S OMNIBUS OBJECTION TO CLAIMS

The Trustee's Omnibus Objection to Claims (Docket No. 35) comes before the Court. As to the claim(s) set out in this objection, no response was filed.

The Court now ORDERS that the claim(s) to which the Trustee objected will be treated as follows:

| **Claimant** | **Claim #** | **Treatment** |
|---|---|---|
| Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA  19101 | 2 | Allow in part; disallow in part – $3,165.94 for 2013 is ALLOWED; $3,032.75 for 2015 is DISALLOWED as tax return was filed by Debtor and Trustee received refund.  IRS is ORDERED to file any amended proof of claim with respect to any tax that IRS believes is owing under the filed return by the later of (a) the government claims bar date, or (b) thirty days after the date this order is entered. |
| United Consumer Financial Ser.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Ste #200<br>Tucson, AZ 85712 | 6 | Disallow – Secured by collateral.  No documentation of deficiency. |

### ###